CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

Mark P. Iezza (SBN 239813)
miezza@khiplaw.com
Eileen M. Rice (SBN 203432)
erice@khiplaw.com
KLEIN, HOCKEL, IEZZA & PATEL P.C.
455 Market Street, Suite 1480
San Francisco, CA 94105
Tel.: (415) 951-0535
Fax: (415) 391-7808
Attorneys for Defendant
Ohm Shree Laxmi, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL CHAVEZ, <br><br> Plaintiff, <br><br> v. <br><br> OHM SHREE LAXMI, LLC, a California Limited Liability Company; and Does 1-10, <br><br> Defendants. | Case No.: 3:18-CV-05479-JCS <br><br> **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)** |

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: December 16, 2019     CENTER FOR DISABILITY ACCESS


                             By:    /s/ Amanda Lockhart Seabock
                                    Amanda Lockhart Seabock
                                    Attorneys for Plaintiff


Dated: December 16, 2019     KLEIN, HOCKEL, IEZZA & PATEL P.C.




                             By:    /s/ Eileen M. Rice
                                    Mark P. Iezza
                                    Eileen M. Rice
                                    Attorneys for Defendant
                                    Ohm Shree Laxmi, LLC


Dated: 12/18/19

IT IS SO ORDERED

Judge Joseph C. Spero

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Eileen M. Rice, counsel for Ohm Shree Laxmi, LLC, and that I have obtained authorization to affix her electronic signature to this document.


Dated: December 16, 2019     CENTER FOR DISABILITY ACCESS


                              By:   /s/ Amanda Lockhart Seabock
                                    Amanda Lockhart Seabock
                                    Attorneys for Plaintiff